**Michael L. SAMPELS, Sr., Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 03–7194.

United States Court of Appeals, Federal Circuit.

DECIDED: July 2, 2004.

J. Reid Prouty, Principal Attorney, John S. Groat, David M. Cohen, Harold D. Lester, Jr., of Counsel, Department of Justice, Richard J. Hipolit, David R. McLenachen, of Counsel, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Principal Attorney, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

ON MOTION

*ORDER*

Upon consideration of appellant's unopposed motion to withdraw the appeal,

IT IS ORDERED THAT:

The motion is granted.